UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 01 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: LOREN MILLER and SARAH MILLER,<br><br>　　　　　Debtors,<br><hr>LOREN MILLER,<br><br>　　　　　Appellant,<br><br>　v.<br><br>ANDREW D. GELLER and ANDREW D. & EILEEN B. GELLER, Trustees of the Geller Trust Dated September 2, 1987,<br><br>　　　　　Appellees. | No. 16-55732<br><br>D.C. No. 2:16-cv-00258-SJO<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

　　Appellant's motion (Docket Entry No. 5) for an extension of time to file the opening brief is granted. The appellant's opening brief is due November 21, 2016; appellee's answering brief is due December 21, 2016; and the optional reply brief is due within 14 days after service of the answering brief.

　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　Grace Santos
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rules 27-7 and 27-10